IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RPM PIZZA, LLC,

    Plaintiff,

vs.                              Case No. 4:14mc1-RH/CAS

ARGONAUT GREAT CENTRAL INS. CO.,

    Defendant.

_____/

## O R D E R

Argonaut Great Central Insurance Company ["Argonaut"] filed a preemptive motion to compel on January 21, 2014. Doc. 1. On January 27th, Argonaut filed a notice of resolution of the discovery dispute. Doc. 3. Thus, Argonaut withdraws its motion to compel and this miscellaneous case should be closed.

Accordingly, it is **ORDERED** that the Clerk of Court shall administratively close this case as the discovery dispute has been resolved.

**DONE AND ORDERED** on January 28, 2014.

                                          **S/    Charles A. Stampelos**
                                          **CHARLES A. STAMPELOS**
                                          **UNITED STATES MAGISTRATE JUDGE**